UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:11-cr-00179-TWP-TAB |
| JAMES JACKSON, | ) ) ) | -01 |
| Defendant. | ) | |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under Section 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 84. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, the motion, dkt. [84], is **denied without prejudice**.

If Defendant wishes to renew the motion, Defendant may do so by completing and returning the enclosed form motion. If Defendant renews his motion, he should state when he tested positive for COVID-19, what symptoms he experienced, and if he has recovered. If he has not completely recovered, he should state what symptoms he continues to experience. He should also specify which laws he alleges have changed, resulting in his claim that he "should not even be locked up any longer." *See* dkt. 84 at 3. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 9/17/2020

*Tanya Walton Pratt*
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Jackson
Reg. No. 10272-028
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

All Electronically Registered Counsel